UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Amber Romo, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Optimum Outcomes, Inc. and John Does 1-25.<br><br>　　　　Defendant(s) | No.: _2:21-CV-796<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period. Please vacate all currently scheduled dates for these parties.

DATED this 22nd day of July, 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　By: _/s Raphael Deutsch
　　　　　　　　　　　　　　　　　　　Raphael Deutsch
　　　　　　　　　　　　　　　　　　　Stein Saks, PLLC
　　　　　　　　　　　　　　　　　　　One University Plaza
　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　201-282-6500
　　　　　　　　　　　　　　　　　　　rdeutsch@steinsakslegal.com